**LAQUER, URBAN, CLIFFORD & HODGE LLP**
Michael A. Urban, Nevada State Bar #3875
Nathan R. Ring, Nevada State Bar # 12078
4270 South Decatur Blvd., Suite A-9
Las Vegas, Nevada 89103
Telephone: (702) 968-8087
Fax:   (702) 968-8088
Email: murban@luch.com, nring@luch.com

*Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST; TRUSTEES OF THE OPERATING ENGINEERS HEALTH AND WELFARE FUND; TRUSTEES OF THE OPERATING ENGINEERS JOURNEYMAN AND APPRENTICE TRAINING TRUST; and TRUSTEES OF THE OPERATING ENGINEERS VACATION-HOLIDAY SAVINGS TRUST,<br><br>Plaintiffs,<br><br>vs.<br><br>CONTRI CONSTRUCTION COMPANY, a Nevada corporation,<br><br>Defendant. | CASE NO.:  2:15-cv-02225-JAD-GWF<br><br>**REQUEST AND STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFFS' COMPLAINT** |

Plaintiffs TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST, TRUSTEES OF THE OPERATING ENGINEERS HEALTH AND WELFARE FUND, TRUSTEES OF THE OPERATING ENGINEERS JOURNEYMAN AND APPRENTICE TRAINING TRUST, and TRUSTEES OF THE OPERATING ENGINEERS VACATION-HOLIDAY SAVINGS TRUST, through their counsel, Laquer, Urban, Clifford & Hodge, LLP; Defendant, CONTRI CONSTRUCTION COMPANY, A NEVADA CORPORATION, through its president, Donnell Davis, hereby agree and stipulate that Plaintiffs will grant additional time for the Defendant to respond to the Complaint filed with this Court on November 24, 2015.

Pursuant to service of the Summons and Complaint, Contri Construction Company's answer would be due on December 22, 2015. (Dkt. No. 5) Attorneys for Plaintiffs and Mr. Davis on behalf of

1

1  Contri Construction Company have discussed potential settlement or partial settlement of the issues
2  contained within the Complaint and request additional time in which to discuss those options.
3  Therefore, the parties stipulate and request twenty (30) additional days for Contri Construction
4  Company to respond to the Complaint, making their answers due on January 21, 2016.

6  Dated: December 22, 2015          **LAQUER, URBAN, CLIFFORD & HODGE LLP**

            /s/ Nathan R. Ring
8           NATHAN R. RING, Nevada Bar # 12078
            *Counsel for Plaintiffs*

10
11 Dated: December 22, 2015          **CONTRI CONSTRUCTION COMPANY**

12          [signature]
            DONNELL DAVIS, President
13          *Contri Construction Company*
            *Defendants*

### ORDER

Pursuant to the Stipulation of the parties, it is so ordered that Contri Construction Company shall have until January 21, 2016 ~~2015~~ to respond to the Plaintiffs' Complaint.

Dated: December 23, 2015

            GEORGE FOLEY, JR.
            United States Magistrate Judge