**LAQUER, URBAN, CLIFFORD & HODGE LLP**
Michael A. Urban, Nevada State Bar #3875
Nathan R. Ring, Nevada State Bar # 12078
4270 South Decatur Blvd., Suite A-9
Las Vegas, Nevada 89103
Telephone: (702) 968-8087
Fax:   (702) 968-8088
Email: murban@luch.com, nring@luch.com

*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST; TRUSTEES OF THE OPERATING ENGINEERS HEALTH AND WELFARE FUND; TRUSTEES OF THE OPERATING ENGINEERS JOURNEYMAN AND APPRENTICE TRAINING TRUST; and TRUSTEES OF THE OPERATING ENGINEERS VACATION-HOLIDAY SAVINGS TRUST,<br><br>Plaintiffs,<br><br>vs.<br><br>CONTRI CONSTRUCTION COMPANY, a Nevada corporation,<br><br>Defendant. | CASE NO.: 2:15-cv-02225-JAD-GWF<br><br>**SECOND REQUEST AND STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFFS' COMPLAINT** |

Plaintiffs TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST, TRUSTEES OF THE OPERATING ENGINEERS HEALTH AND WELFARE FUND, TRUSTEES OF THE OPERATING ENGINEERS JOURNEYMAN AND APPRENTICE TRAINING TRUST, and TRUSTEES OF THE OPERATING ENGINEERS VACATION-HOLIDAY SAVINGS TRUST, through their counsel, Laquer, Urban, Clifford & Hodge, LLP; Defendant, CONTRI CONSTRUCTION COMPANY, A NEVADA CORPORATION, through its president, Donnell Davis, hereby agree and stipulate that Plaintiffs will grant additional time for the Defendant to respond to the Complaint filed with this Court on November 24, 2015.

Pursuant to service of the Summons and Complaint, Contri Construction Company's answer would be due on December 22, 2015. (Dkt. No. 5) Pursuant to the Court's Order dated December 23,

2015 (Dkt. No 7), the answer due date was extended until January 21, 2016. Attorneys for Plaintiffs and Mr. Davis on behalf of Contri Construction Company have discussed potential settlement or partial settlement of the issues contained within the Complaint on several occasions and request additional time in which to discuss those options. Therefore, the parties stipulate and request thirty (30) additional days for Contri Construction Company to respond to the Complaint, making their answer due on February 22, 2016. This request is made in good faith and not for the purposes of delay.

Dated: January 21, 2016          LAQUER, URBAN, CLIFFORD & HODGE LLP

/s/ Nathan R. Ring
NATHAN R. RING, Nevada Bar # 12078
*Counsel for Plaintiffs*

Dated: January 21, 2016          CONTRI CONSTRUCTION COMPANY

DONNELL DAVIS, President
*Contri Construction Company*
*Defendants*

### ORDER

Pursuant to the Stipulation of the parties, it is so ordered that Contri Construction Company shall have until February 22, 2016 to respond to the Plaintiffs' Complaint.

Dated: January 22, 2016

GEORGE FOLEY, JR.
United States Magistrate Judge