**LAQUER, URBAN, CLIFFORD & HODGE LLP**
Michael A. Urban, Nevada State Bar #3875
Nathan R. Ring, Nevada State Bar # 12078
4270 South Decatur Blvd., Suite A-9
Las Vegas, Nevada 89103
Telephone: (702) 968-8087
Fax: (702) 968-8088
Email: murban@luch.com, nring@luch.com
*Counsel for Plaintiff Trusts*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST; TRUSTEES OF THE OPERATING ENGINEERS HEALTH AND WELFARE FUND; TRUSTEES OF THE OPERATING ENGINEERS JOURNEYMAN AND APPRENTICE TRAINING TRUST; and TRUSTEES OF THE OPERATING ENGINEERS VACATION-HOLIDAY SAVINGS TRUST,<br><br>Plaintiffs,<br><br>vs.<br><br>CONTRI CONSTRUCTION COMPANY, a Nevada corporation,<br><br>Defendant. | CASE NO: 2:15-cv-02225-JAD-GWF<br><br>**JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>ECF No. 29 |

Plaintiffs, TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST; TRUSTEES OF THE OPERATING ENGINEERS HEALTH AND WELFARE FUND; TRUSTEES OF THE OPERATING ENGINEERS JOURNEYMAN AND APPRENTICE TRAINING TRUST; AND TRUSTEES OF THE OPERATING ENGINEERS VACATION-HOLIDAY SAVINGS TRUST, by and through their counsel of record, Laquer, Urban, Clifford & Hodge, LLP, and Defendant, CONTRI CONSTRUCTION COMPANY, a Nevada corporation, by and through their counsel of record, McDonald Carano LLP, hereby stipulate to dismissal of this case with prejudice.

. . .

. . .

1

1  The parties resolved all claims in this litigation and now wish to dismiss this case with prejudice.

Dated: April 17, 2017                    **LAQUER, URBAN, CLIFFORD & HODGE LLP**

By: */s/ Nathan R. Ring*
Michael A. Urban, Nevada State Bar No. 3875
Nathan R. Ring, Nevada State Bar No. 12078
4270 South Decatur Blvd., Suite A-9
Las Vegas, Nevada 89103
murban@luch.com
nring@luch.com
*Counsel for Plaintiff Trusts*

Dated: April 17, 2017                    **McDONALD CARANO LLP**

By: */s/ Kristen Gallagher*
Paul J. Georgeson, Esq., Nevada State Bar No. 5322
Kristen Gallagher, Esq., Nevada State Bar No. 9561
2300 W. Sahara Avenue, Suite 1200
Las Vegas, NV 89102
pgeorgeson@mcdonaldcarano.com
kgallagher@mcdonaldcarano.com
*Counsel for Defendant Contri Construction Company*

## ORDER

Based on the parties' stipulation [ECF No. 29] and good cause appearing, it is hereby ORDERED that this case is DISMISSED with prejudice, each side to bear its own fees and costs. The Clerk of Court is directed to CLOSE THIS CASE.

_____
Jennifer Dorsey
United States District Judge
4/17/17

2